# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Ricky C. Brown,

    Petitioner,

vs.

United States of America,

    Respondent.

JUDGMENT IN A CIVIL CASE

3:08-cv-397-RJC

DECISION BY COURT.  This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's September 13, 2010 Order.

Signed: September 13, 2010

Frank G. Johns, Clerk
United States District Court